GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

KYLE W. MACH (State Bar No. 282090)
kyle.mach@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

GINGER D. ANDERS (admitted *pro hac vice*)
ginger.anders@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone: (202) 220-1100

*Attorneys for Defendant ChevronTexaco Capital Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Rosemary D'Augusta, Brenda Davis, Pamela Faust, Carolyn Fjord, Donald C. Freeland, Donald Frye, Gabriel Garavanian, Valarie Jolly, Michael Malaney, Lenard Marazzo, Lisa McCarthy, Timothy Nieboer, Deborah Pulfer, Bill Rubinsohn, Sondra Russell, June Stansbury, Clyde Duane Stensrud, Gary Talewsky, Pamela Ward, Christine M Whalen, Mary Katherine Arcell, Jose Brito,<br><br>Plaintiffs,<br><br>vs.<br><br>American Petroleum Institute, Exxon Mobil Corporation, Chevron Texaco Capital Corporation, Phillips 66 Company, Occidental Petroleum Corporation, Devon Energy, Energy Transfer LP, Hilcorp Energy, and Continental Resources Inc., et al.,<br><br>Defendants. | Case No. 4:22-cv-01979-JSW<br><br>**DECLARATION OF KYLE W. MACH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

## DECLARATION OF KYLE W. MACH

I, Kyle W. Mach, hereby declare:

1. I am an attorney at Munger, Tolles & Olson LLP and counsel of record for Defendant ChevronTexaco Capital Corporation in the above-captioned action. I am licensed to practice law in the state of California and before this Court. I submit this Declaration in support of Defendants' Administrative Motion to Continue the Initial Case Management Conference and Associated Deadlines. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would competently testify thereto.

2. Defendants will move to dismiss Plaintiffs' Complaint on or before July 1, 2022. Defendants will contend that the Court lacks jurisdiction under the political question doctrine, that the case is barred by the act of state and *Noerr-Pennington* doctrines, and that the Plaintiffs' complaint fails to state any plausible antitrust claims, among other potential arguments.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of a letter that I received from Plaintiffs' counsel, dated April 25, 2022, regarding the scheduling of a Rule 26(f) conference and Plaintiffs' anticipated discovery, including a deposition of Jared Kushner.

4. Attached as **Exhibit B** to this Declaration is a true and correct copy of a letter that I received from Plaintiffs' counsel, dated May 20, 2022, regarding Plaintiffs' planned depositions of the former Secretary of Energy, Daniel Brouillette, and the former Secretary of the Interior, David Bernhardt, and Plaintiff's initial discovery requests from Defendants.

5. On May 25, 2022, I spoke with Mr. Alioto by telephone about Defendants' planned request to continue the initial case management conference and associated discovery deadlines. Mr. Alioto informed me that Plaintiffs oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 25 day of May 2022, at San Francisco, California.

  */s/ Kyle W. Mach*
  Kyle W. Mach