# EXHIBIT A

# ALIOTO LAW FIRM

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE (415) 434-8900
EMAIL:  jmalioto@aliotolaw.com

April 25, 2022

*Via Electronic Mail*

Kyle W. Mach
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
(415) 512-4044
kyle.mach@mto.com

Re:   *D'Augusta, et al. v. American Petroleum Institute, et al.,*
      Case No. 4:22-cv-01979-JSW
      Your Client:  ChevronTexaco Capital Corp.

Dear Kyle,

In accordance with Rule 26(f), we are required to meet and confer "as soon as practicable," and exchange plans for discovery.  I would like to have that conference sometime this week.  Would you please provide me some acceptable dates/times.

With regard to the plan of discovery which I outlined it to you during our first conversation, there is one matter that I wish to add.  I want to include the deposition of Jared Kushner.  We discovered a presentation on his website for his new company, Affinity Partners, that states one of his accomplishments was "leading the negotiations on the historic OPEC+ oil agreement in April 2020 among the United States, Saudi Arabia and Russia, which led to the largest oil production reductions in history…"  *See,* www.documentcloud.org/documents/21639665-affinity-deck-clean, pg. 19J

April 25, 2022
Page 2 of 2

      We plan to issue a subpoena for Mr. Kushner's deposition as soon as practicable. We understand he now resides in Surfside, Florida. I want to make sure the date/time we put in the notice is convenient for all counsel to attend. Would you please provide dates for that?

      Thank you in advance for your courtesy and cooperation.

Very truly yours,

**ALIOTO LAW FIRM**

*/s/ Joseph M. Alioto*

Joseph M. Alioto

P.S. – We have no objection to any counsel seeking *Pro Hac Vice* in this case.

JMA:re
cc:    All Counsel of Record via e-mail