# EXHIBIT B

# ALIOTO LAW FIRM

—————————

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

—————————

TELEPHONE (415) 434-8900
EMAIL:  jmalioto@aliotolaw.com


May 20, 2022



*Via Electronic Mail*

Kyle W. Mach
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
(415) 512-4044
kyle.mach@mto.com


Re:   *D'Augusta, et al. v. American Petroleum Institute, et al.,*
      *Case No. 4:22-cv-01979-JSW*
      *Your Client:  ChevronTexaco Capital Corp.*

Dear Kyle,

As the liaison counsel for the Defendants, would you please advise me when it would be convenient to meet and confer, to discuss making initial disclosures in accordance with Rule 26.

As I mentioned before, the Plaintiffs' preliminary plan of discovery is very specific and limited:

**<u>Depositions</u>**:  In addition to Mr. Kushner, we intend to depose the persons who were present at the meeting with the President on April 3, 2020, including the former Secretary of Energy, Daniel Brouillette, and the former Secretary of the Interior, David Bernhardt.

May 20, 2022
Page 2 of 3

We do not anticipate that the depositions would be more than four hours each.  We will be happy to take the depositions at a time and place convenient to the witnesses and counsel, and we would prefer person to person depositions. With regard to the Secretaries, even though they are no longer in an official position, we will follow whatever protocols are necessary to take their depositions.

**Documents:**  The documents we seek are:  (1) any communications among and between the Defendants with regard to the March 2020 price war between Saudi Arabia and Russia; (2) the proposed meeting with the President, and memoranda about the meeting with the President; (3) minutes of any meeting(s) with API regarding the Saudi Arabia/Russia price war, and/or the meeting with the President on April 3, 2020; (4) any statistical reports, memoranda, and/or communications with the Board of Directors, including minutes with the Board of Directors that mentions the price war and its effect on prices; (5) any communications, memoranda, messages, and/or recordings of any meetings of any of the Defendants which refer to or mention the price war and/or its potential or perceived effects; (6) any communications, memoranda, messages, and/or recordings of any meetings or communications among any of the Defendants which refer to or mention changes in production with regard to oil and gasoline, and/or its potential or perceived effects by reason of the price war, or the end of the price war.

**Interrogatories:**  The interrogatories will be limited to: (1) requesting the names of the witnesses; (2) statistics from the beginning of the Saudi Arabia/Russia price war to present, relating to the oil price per barrel, the tank wagon price and the retail gasoline prices.  We will seek those statistics from February of 2020 up to and including the present.  The interrogatories will also request the Defendants to identify the number and location of company owned and operated retail gasoline stations.

May 20, 2022
Page 3 of 3

As you can see from above, the suggested plan of discovery is limited and specific.  I do not anticipate that any of the Defendants would be able to claim undue burden or expense in complying with this specific requests.  Of course, this is our preliminary plan of discovery.  There may be subsequent changes, but I doubt that they would be significant.

Please let me know what your suggestions for your discovery plan may be.  I will do all I can to accommodate your requests.

Thank you in advance for your courtesy and cooperation.

Very truly yours,

**ALIOTO LAW FIRM**

*/s/ Joseph M. Alioto*

Joseph M. Alioto

JMA:re