Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosemary D'Augusta, Brenda Davis, Pamela Faust, Carolyn Fjord, Donald C. Freeland, Donald Frye, Gabriel Garavanian, Valarie Jolly, Michael Malaney, Lenard Marazzo, Lisa McCarthy, Timothy Nieboer, Deborah Pulfer, Bill Rubinsohn, Sondra Russell, June Stansbury, Clyde Duane Stensrud, Gary Talewsky, Pamela Ward, Christine M Whalen,  Mary Katherine Arcell,  Jose Brito, Jan-Marie Brown, and Jocelyn Gardner,<br><br>Plaintiffs,<br><br>vs.<br><br>American Petroleum Institute, Exxon Mobil Corporation, Chevron Texaco Capital Corporation,  Phillips 66 Company, Occidental Petroleum Corporation, Devon Energy Corporation, Energy Transfer LP, Hilcorp Energy, and Continental Resources Inc., et al.<br><br>Defendants. | Case No: 4:22-cv-01979-JSW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge:        Hon. Jeffrey S. White<br>Courtroom:  5 – 2nd Floor<br><br>**Submitted for immediate determination without hearing – Civil L.R. 7-11(c)** |

Before this Court is Defendants' Administrative Motion to Continue the Initial Case Management Conference (CMC) and Associated Deadlines.

Before this Court is Defendants' Administrative Motion to Continue the Initial Case Management Conference (CMC) and Associated Deadlines.

Having considered the written submission by the parties, the pleadings and record in this action, and for good cause appearing, the Court hereby DENIES Defendants' Administrative Motion to Continue the Initial Case Management Conference and the associated deadlines.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ALIOTO LAW FIRM

By:   /s/ Joseph M. Alioto

  *Attorneys for Plaintiffs*

ADDITIONAL PLAINTIFFS COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com

*[Proposed] Order Denying Defendants Motion To Continue Initial Case Management Conference And Associated Deadlines*
*Page 3*