GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

KYLE W. MACH (State Bar No. 282090)
kyle.mach@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

GINGER D. ANDERS (admitted *pro hac vice*)
ginger.anders@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone: (202) 220-1100

*Attorneys for Defendant ChevronTexaco Capital Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Rosemary D'Augusta, Brenda Davis, Pamela Faust, Carolyn Fjord, Donald C. Freeland, Donald Frye, Gabriel Garavanian, Valarie Jolly, Michael Malaney, Lenard Marazzo, Lisa McCarthy, Timothy Nieboer, Deborah Pulfer, Bill Rubinsohn, Sondra Russell, June Stansbury, Clyde Duane Stensrud, Gary Talewsky, Pamela Ward, Christine M Whalen, Mary Katherine Arcell, Jose Brito,<br><br>       Plaintiffs,<br><br>       vs.<br><br>American Petroleum Institute, Exxon Mobil Corporation, Chevron Texaco Capital Corporation, Phillips 66 Company, Occidental Petroleum Corporation, Devon Energy, Energy Transfer LP, Hilcorp Energy, and Continental Resources Inc., et al.,<br><br>       Defendants. | Case No. 4:22-cv-01979-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Administrative Motion to Continue the Initial Case Management Conference and Associated Deadlines ("Motion"), the supporting declaration of Kyle W. Mach and all exhibits attached thereto, the Plaintiffs' response, and the files and records in this action, and finding good cause for the request, **IT IS HEREBY ORDERED** as follows:

Defendants' Motion is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the Initial Case Management Conference, currently scheduled for July 8, 2022, is **VACATED**, and will be rescheduled by the Court, as may be necessary and appropriate, for a date after the Court rules on Defendants' forthcoming Motion(s) to Dismiss. All other deadlines, including all discovery deadlines under Federal Rule of Civil Procedure 26 are continued accordingly and will be rescheduled if and when the Court reschedules the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
Jeffrey S. White
United States District Judge