Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosemary D'Augusta, Brenda Davis, Pamela Faust, Carolyn Fjord, Donald C. Freeland, Donald Frye, Gabriel Garavanian, Valarie Jolly, Michael Malaney, Lenard Marazzo, Lisa McCarthy, Timothy Nieboer, Deborah Pulfer, Bill Rubinsohn, Sondra Russell, June Stansbury, Clyde Duane Stensrud, Gary Talewsky, Pamela Ward, Christine M Whalen, Mary Katherine Arcell, Jose Brito, Jan-Marie Brown, and Jocelyn Gardner,<br><br>            Plaintiffs,<br><br>    vs.<br><br>American Petroleum Institute, Exxon Mobil Corporation, Chevron Texaco Capital Corporation, Phillips 66 Company, Occidental Petroleum Corporation, Devon Energy Corporation, Energy Transfer LP, Hilcorp Energy, and Continental Resources Inc., et al.,<br><br>            Defendants. | Case No: 4:22-cv-01979-JSW<br><br>**PLAINTIFFS' CORRECTED NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL; MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>Date:           June 23, 2023<br>Time:          9:00 a.m.<br>Courtroom: 5, 2nd Floor<br>Judge:         Hon. Jeffrey S. White |

///

///

1

*Plaintiffs' Notice of Motion and Motion to Extend Time to File Notice of Appeal*

### NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S. Code § 2107, Rule 4(a)(5) of the Federal Rules of Appellate Procedure and the Court's inherent powers, Plaintiffs hereby move this Court for an order granting them leave to file a Notice of Appeal of the Court's January 9, 2023 Judgment (ECF NO. 116) and the Court's subsequent March 16, 2023 Order to Set Aside the Judgment (ECF No. 122) on the grounds that (1) good cause exists for the appeal and (2) the Defendants will suffer no prejudice.

### MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs, by and through the undersigned counsel, respectfully request leave of court to file a Notice of Appeal and submit this brief in support of Plaintiffs' Motion for an order granting them leave to file a Notice of Appeal of the Court's January 9, 2023 Judgment (ECF No. 116) and the Court's March 16, 2023 Order to Set Aside the Judgment (ECF No. 122) ("Order").

28 U.S. Code § 2107 provides, in pertinent part, as follows:

(c) The district court may, upon motion filed not later than 30 days after the expiration of the time otherwise set for bringing appeal, extend the time for appeal upon a showing of excusable neglect or good cause.

Likewise, Rule 4(a)(5) of the Federal Rules of Appellate Procedure allows the District Court to extend the time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Here, good cause exists to allow Plaintiffs to proceed with the appeal. This case involves exceptional questions of importance not only to the Plaintiffs but may also have

significant consequences to the public at large, including not only Plaintiffs' substantive claims, but also the issue of an oral argument on the Defendants' dispositive motions and the Supreme Court's interpretation of the constitutional due process requirement. Judgment in this case was entered prior to affording the Plaintiffs any opportunity to develop relevant facts. No discovery was allowed to proceed. Should the Court deny this Motion, Plaintiffs' right to appeal will be lost forever. As a matter of fairness, Plaintiffs respectfully seek an extension of time to file a notice of appeal. The interests of justice demand it.

Further, there is no prejudice to the Defendants in this case. The appeal does not change the nature of the lawsuit. The underlying facts and causes of action alleged in the Complaint have not changed. There has been no Case Management Conference at which the issues have been narrowed. Discovery has not commenced and, as a result, the Defendants have not expended resources pursuing any discovery. No depositions have been taken and no written discovery has been answered. Only objections have been filed prior to the Court's ruling on the Defendants Motions to Dismiss and the judgment against the Plaintiffs.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request an order from the Court extending the time to file a Notice of Appeal.

DATED: May 8, 2023             By: /s/ Joseph M. Alioto
                                                           Joseph M. Alioto, Esq. (SBN 42680)
                                                           Tatiana V. Wallace, Esq. (SBN 233939)
                                                           ALIOTO LAW FIRM
                                                           One Sansome Street, Suite 3500
                                                           San Francisco, CA 94104
                                                           Telephone: (415) 434-8900
                                                           Email: jmalioto@aliotolaw.com

| | | |
|---|---|---|
| 1 | Lawrence G. Papale (SBN 67068) | Robert J. Bonsignore, Esq. |
| 2 | LAW OFFICES OF LAWRENCE G. PAPALE | BONSIGNORE TRIAL LAWYERS, PLLC<br>23 Forest Street |
| 3 | 1308 Main Street, Suite 117<br>St. Helena, CA 94574 | Medford, MA 02155<br>Phone: 781-856-7650 |
| 4 | Telephone: (707) 963-1704<br>Email: lgpapale@papale.co | Email: rbonsignore@classactions.us |
| 5 | | |
| 6 | Theresa Moore<br>LAW OFFICES OF THERESA D. MOORE | Christopher A. Nedeau (SBN 81297)<br>NEDEAU LAW PC<br>154 Baker Street |
| 7 | One Sansome Street, 35th Floor | San Francisco, CA 94117-2111 |
| 8 | San Francisco, CA 94104<br>Phone: (415) 613-1414 | Telephone: (415) 516-4010<br>Email: cnedeau@nedeaulaw.net |
| 9 | tmoore@aliotolaw.com | |
| 10 | Josephine Alioto (SBN 282989) | |
| 11 | THE VEEN FIRM<br>20 Haight Street | |
| 12 | San Francisco, CA 94102<br>Telephone: (415) 673-4800 | |
| 13 | Email: j.alioto@veenfirm.com | |

4
*Plaintiffs' Notice of Motion and Motion to Extend Time to File Notice of Appeal*