United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY D'AUGUSTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>Defendants. | Case No. 22-cv-01979-JSW<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 123 |

Now before the Court for consideration is the motion for leave to file a motion for reconsideration filed by Plaintiffs. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and, for the reasons stated herein, the Court DENIES Plaintiffs' motion.

On March 16, 2023, this Court denied Plaintiffs' motion to set aside the judgment. (Dkt. No. 122.) The premise of Plaintiffs' motion was that the Court's failure to hold a hearing and not provide oral argument on Defendants' motion to dismiss violated Plaintiffs' constitutional rights to due process. (Dkt. No. 117.) Plaintiffs now move for leave to file a motion for reconsideration of that order.

A party may move for reconsideration on one of three grounds: (1) that at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court or, in the exercise of reasonable diligence could have been presented, before entry of the

United States District Court
Northern District of California

1    order for which reconsideration is sought; (2) the emergence of new material facts or a change of

2    law occurring after the time of such order; or (3) a manifest failure by the Court to consider

3    material facts or dispositive legal arguments which were presented to the Court before such

4    interlocutory order.  *See* N.D. Civ. L.R. 7-9(b).  A party may not raise arguments previously

5    presented to the court.  N.D. Civ. L.R. 7-9(c).

6            Plaintiffs contend that the Court did not review or misinterpreted the Supreme Court

7    decisions regarding due process cited in Plaintiffs' original request for oral argument.  The Court

8    has thoroughly reviewed the precedent cited by Plaintiffs, both in their original motion (Dkt. No.

9    117), as well as those same authorities cited in their motion for leave to file a motion for

10   reconsideration (Dkt. No. 123).  The Court is not persuaded that there a material difference in fact

11   or law from that which was presented to the Court or a manifest failure by the Court to consider

12   dispositive legal arguments.  The Supreme Court has clearly held, in contexts where a tribunal

13   must resolve questions of fact and law, that "the right of oral argument as a matter of procedural

14   due process varies from case to case."  *Federal Communications Comm'n v. WJR, The Goodwill*

15   *Station*, 337 U.S. 265, 276 (1949).  "[T]he Constitution does not require oral argument in all cases

16   where only insubstantial or frivolous questions of law, or indeed even substantial ones, are raised."

17   *Id*.

18           Accordingly, Plaintiffs' motion for leave to file a motion for reconsideration is DENIED.

19

20           **IT IS SO ORDERED.**

21   Dated:   May 8, 2023

22   _____

23   JEFFREY S. WHITE
     United States District Judge

24

25

26

27

28

2